73 A.3d 524

COMMONWEALTH of Pennsylvania, Appellee

v.

Edwin Rios ROMERO, Appellant.

No. 674 CAP.

Supreme Court of Pennsylvania.

Submitted Dec. 14, 2012.

Decided Aug. 1, 2013.

Robert Emmett Madden, Esq., Law Offices of R. Emmett Madden, Jenkintown, for Edwin Rios Romero.

Heather F. Gallagher, Esq., Lehigh County District Attorney's Office, Amy Zapp, Esq., PA Office of Attorney General, for Commonwealth of Pennsylvania.

## *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of August, 2013, appellant's Motion to Withdraw Appeal is **GRANTED.**